EDWARD S. WEINROTH, as Administrator, etc., of SAMUEL WEINROTH, Deceased,
Appellant, v. EMPIRE TRUST COMPANY OF THE CITY OF NEW YORK, as Executor,
etc., of MATILDA WEINROTH, Deceased, Respondent.— Judgment affirmed, with
costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and
Proskauer, JJ.

MAY FERGUSSON, Respondent, v. YELLOW TAXI CORPORATION, Appellant.—
Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch,
McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Pro-
ceedings of THE TITLE GUARANTEE AND TRUST COMPANY, as Administrator with
the Will Annexed and as Trustee of the Estate of JOHN SLATER, Deceased.—
Decree affirmed, with costs to all parties appearing by separate counsel and filing
separate briefs, payable out of the estate. No opinion. Present — Dowling, P. J.,
Finch, McAvoy, O'Malley and Proskauer, JJ.

MAIL & EXPRESS COMPANY, INC., Appellant, v. HAMILTON GARMENT CO., INC.,
Respondent.— Determination of Appellate Term appealed from reversed, and
judgment and order of the City Court affirmed, with costs and disbursements to
the plaintiff, appellant, in this court and in the Appellate Term, on the dissenting
opinion of Levy, J., in the Appellate Term. [Reported in 127 Misc. 604, 605.]
Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ANDREW ANDERSON, Respondent, v. HAY FOUNDRY AND IRON WORKS and
Another, Appellants.— Judgment affirmed, with costs. No opinion. Present —
Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

JOSEPH B. KLEIN, Respondent, v. CARL AHLERS, Appellant.— Judgment
affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy,
O'Malley and Proskauer, JJ.

MICHAEL BRUNO, an Infant, etc., Appellant, v. RILEY & HOGAN CO., INC.,
Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling,
P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

RYLAND BRUNO, Appellant, v. RILEY & HOGAN CO., INC., Respondent.—
Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch,
McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY DANZIGER,
Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch,
McAvoy, Martin and O'Malley, JJ.

HYMAN BOGNER, an Infant, etc., Respondent, v. BENJAMIN ROSEN, Appellant.—
Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J.,
Finch, McAvoy, Martin and O'Malley, JJ.

MAX BOGNER, Respondent, v. BENJAMIN ROSEN, Appellant.— Judgment and
order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch,
McAvoy, Martin and O'Malley, JJ.